Dismissed and Memorandum Opinion filed December 17,
2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00715-CV

____________

 

TEXAS GENERAL LAND OFFICE, Appellant

 

V.

 

BELL BOTTOM FOUNDATION CO. and 

FAST-TRAK CONSTRUCTION, INC., Appellees

 



 

On Appeal from the 122nd District Court

Galveston County, Texas

Trial Court Cause No. 09CV0501

 



 

M E M O R
A N D U M   O P I N I O N

This is an accelerated appeal from an order signed July 24,
2009, denying appellant’s plea to the jurisdiction. Appellee Bell Bottom
Foundation Co. filed suit against appellant and Fast-Track Construction, Inc.
Appellant did not assert any counter claims. This court has been notified that
Bell Bottom Foundation Co. has non-suited its claims against appellant. Therefore,
it appears that the issues in this interlocutory appeal have been rendered
moot.

On November 19, 2009, notification was transmitted to the
parties of this court’s intention to dismiss the appeal for want of
jurisdiction unless appellant filed a response demonstrating grounds for
continuing the appeal on or before December 1, 2009. See Tex. R. App. P.
42.3(a). Appellant filed no response.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Panel consists of Chief Justice
Hedges and Justices Anderson and Christopher.